UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA WATKINS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC.,<br><br>        Defendant. | Case No. 22-cv-01743-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **April 6, 2023.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 13, 2023, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: February 10, 2023

_____
Richard Seeborg
Chief United States District Judge